UNITED STATES DISTRICT COURT FOR THE
                           DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

              v.                          10-cr-71-01-JD

<u>Christopher Hildreth</u>


                              <u>O R D E R</u>


    The assented to motion to reschedule jury trial (document no. 13 ) filed by defendant is granted.  Trial is continued to the two-week period beginning November 9, 2010, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.


                                       <u>/s/Joseph A. DiClerio, Jr.</u>
                                       Joseph A. DiClerico, Jr.
                                       United States District Judge

Date:  July 27, 2010



cc:  Charles Keefe, Esq.
     Donald Feith, AUSA
     U.S. Marshal
     U.S. Probation