UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                         Criminal No. 10-cr-71-01-JD

Christopher Hildreth


O R D E R

As to the assented to motion to reschedule jury trial (document no. 16), my order is as follows:  This motion to continue recites essentially the same reasons recited in a similar motion to continue filed in July 2010.  Progress in resolving this case should have been made by now or the case should go to trial.  Case rescheduled to December 7, 2010, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  /s/ Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date:  November 10, 2010

cc: Donald Feith, Esq.
    Charles Keefe, Esq.
    U.S. Marshal
    U.S. Probation